IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Toliver, Janet

Printed: 2/5/08

Case Number: 06 B 12460
Judge: Wedoff, Eugene R
Filed: 10/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 17, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 20,435.70 |  |
| Secured: |  | 1,198.63 |
| Unsecured: |  | 4,211.29 |
| Priority: |  | 2,157.31 |
| Administrative: |  | 2,070.00 |
| Trustee Fee: |  | 540.40 |
| Other Funds: |  | 10,258.07 |
| Totals: | 20,435.70 | 20,435.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,070.00 | 2,070.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | West Coast Realty Services | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 134.63 | 134.63 |
| 5. | Midwest Title | Secured | 488.00 | 488.00 |
| 6. | West Coast Realty Services | Secured | 4,825.00 | 276.52 |
| 7. | Chase Home Finance | Secured | 5,225.68 | 299.48 |
| 8. | Illinois Dept of Revenue | Priority | 2,157.31 | 2,157.31 |
| 9. | Capital One | Unsecured | 788.43 | 788.43 |
| 10. | Capital One | Unsecured | 741.51 | 741.51 |
| 11. | Peoples Energy Corp | Unsecured | 1,057.23 | 1,057.23 |
| 12. | Nationwide Acceptance Corp | Unsecured | 165.67 | 165.67 |
| 13. | AmeriCash Loans, LLC | Unsecured | 935.82 | 935.82 |
| 14. | Mobility Inc Dba Flexcar | Unsecured | 267.39 | 0.00 |
| 15. | United Parcel Service | Unsecured | 171.88 | 171.88 |
| 16. | Commonwealth Edison | Unsecured | 2,507.06 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 350.75 | 350.75 |
| 18. | AT&T | Unsecured |  | No Claim Filed |
| 19. | MCI | Unsecured |  | No Claim Filed |
| 20. | Pay Day OK | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,886.36 | $ 9,637.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 73.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Toliver, Janet | Case Number: 06 B 12460 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/5/08 | Filed: 10/2/06 |

```
                    5.4%              466.87
                                   _____
                                   $ 540.40
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

                          _____